LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., and CISCO TECHNOLOGY, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>DANNY TSAI, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:14-cv-00791-JAK(ASx)<br><br>**JUDGMENT AGAINST DEFENDANT DANNY TSAI**<br><br>**JS-6**<br><br>Date:  January 5, 2015<br>Time:  8:30 a.m.<br>Crtrm.: 750<br>Judge: Honorable John A. Kronstadt |

The Court having considered the Motion of Plaintiffs CISCO SYSTEMS, INC., and CISCO TECHNOLOGY, INC. ("Cisco") for Default Judgment Against Defendant DANNY TSAI ("Tsai"), pursuant to Fed. R. Civ. P. 55(b)(2) and L. Civ. R. 55-1 and 55-2, finds that the relief Cisco seeks is proper and necessary based on the applicable law and undisputed material facts. Accordingly, the Court hereby GRANTS Cisco's Motion in part, and it is hereby ORDERED, ADJUDGED AND DECREED that:

    1.    Cisco be awarded Seven Hundred Twenty Thousand Nine Hundred and Seventy-Five dollars ($720,975) in compensatory damages; and

    2.    Tsai be permanently restrained and enjoined from:

a. Falsely representing to CISCO that equipment purchased from CISCO has malfunctioned or is defective;

b. Falsely representing to CISCO that products returned to them are genuine;

c. Selling replacement parts sent by CISCO to Tsai following his making a false claim; and

d. Directing or causing any other person to engage in any of these activities.

Judgment shall be entered against Danny Tsai in the total amount of Seven Hundred Twenty Thousand Nine Hundred and Seventy-Five dollars ($720,975), plus post-judgment interest at the legal rate.

**IT IS SO ORDERED**.

DATED:  January 23, 2015

_____
JOHN A. KRONSTADT,
United States District Judge

2835-151\2332372v1